IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
ETANGALIA CANTY

Chapter 7

Case No. 19-10196-MDC

Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this 12th day of January 2024, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, ERIK B. JENSEN, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to April 5, 2024.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to April 5, 2024.

/s/ Michael Assad

Michael Assad, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

*Magdeline D. Coleman*

Honorable MAGDELINE D. COLEMAN
United States Bankruptcy Judge