United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10196-mdc |
| Etangalia Sherrie Canty | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Etangalia Sherrie Canty, 231 East Sharpnack Street, Philadelphia, PA 19119-2262 |
| 14267476 | | Abington Emergency Physician, 56 W Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14267478 | + | Abington Health Physicians, Professional Services, 1200 Old York Road, Abington, PA 19001-3720 |
| 14267474 | | Abington Memorial Hospital, 30 Washington Avenue, Suite C6, Haddonfield, NJ 08033-3341 |
| 14267475 | + | Lemar Fletcher, 633 W. Rittenhouse Street, Apt 925 B, Philadelphia PA 19144-4391 |
| 14267477 | + | Office of the Deputy Director, of Finance for Adjudication, City of Philadelphia, PO Box 41818, Philadelphia PA 19101-1818 |
| 14267479 | | Radiology Group Abington, PO Box 6750, Portsmouth, NH 03802-6750 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 17 2024 04:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14256967 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:34 | Amer Fst Fin, 7330 W. 33rd Street, Wichita, KS 67205-9369 |
| 14285577 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:30 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14256968 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:31:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14265421 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 04:31:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14267480 | + | Email/Text: ebn@carepayment.com | Jan 17 2024 04:28:00 | Carepayment, PO Box 2398, Omaha NE 68103-2398 |
| 14256969 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:27:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14256970 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 17 2024 04:28:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14256971 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 17 2024 04:31:33 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14256972 | + | Email/Text: bknotice@ercbpo.com | Jan 17 2024 04:28:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14279459 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 17 2024 04:28:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14267481 | | Email/Text: rj@ffcc.com | Jan 17 2024 04:27:00 | First Federal Credit Control, Inc, 24700 Chagrin |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14256974 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 17 2024 04:31:24 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 | |
| 14276714 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2024 04:28:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 600 ARCH STREET, ROOM 5200, PHILADELPA PA., 19106 | |
| 14256975 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:28:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 | |
| 14310351 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 17 2024 04:31:29 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 | |
| 14272118 | ^ MEBN | Jan 17 2024 04:22:22 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F | |
| 14256976 | + Email/Text: bankruptcy@philapark.org | Jan 17 2024 04:28:00 | Philadelphia Parking Authority, PO Box 41818, Philadelphia, PA 19101-1818 | |
| 14264042 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2024 04:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 | |
| 14256977 | + Email/Text: ECMCBKNotices@ecmc.org | Jan 17 2024 04:28:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 | |

(Blvd, Suite 205, Cleveland OH 44122)

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14256973 | *+ | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14256978 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14256979 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14256980 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 28 |

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Etangalia Sherrie Canty mail@cibiklaw.com
    cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
ETANGALIA CANTY                                    Chapter 7

                                                                    Case No. 19-10196-MDC

                Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this  12th  day of  January  2024 , upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, ERIK B. JENSEN, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to April 5, 2024.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to April 5, 2024.

/s/ Michael Assad

Michael Assad, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

_____  
Honorable MAGDELINE D. COLEMAN  
United States Bankruptcy Judge