**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| In re: | Case No. 19-10196-mdc |
|---|---|
| Etangalia Sherrie Canty, | Chapter 7 |
| Debtor. | |

### Rule 1019 Report

Pursuant to Fed. R. Bankr. P. 1019(5)(C)(ii), the Debtor is filing this schedule of debts incurred after the filing of the chapter 13 petition and before conversion to chapter 7.

| | **Creditor** | **Type** | **Amount** |
|---|---|---|---|
| **1.** | Credit Acceptance<br>25505 West 12 Mile Road<br>Southfield, MI 48034 | Secured | $11,143.85 |
| **2.** | Aspire Credit Card<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302 | Unsecured | $1,872.30 |
| **3.** | Mission Lane Credit Card<br>P.O. Box 105286<br>Atlanta, GA 30348 | Unsecured | $2,011.39 |
| **4.** | Credit One Bank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Unsecured | Unknown |
| **5.** | Ollo Mastercard<br>c/o Midland Credit Management<br>320 E. Big Beaver Rd, Suite 300<br>Troy, MI 48083 | Unsecured | $844.97 |
| **6.** | Reflex Credit Card<br>c/o Credit Corp Solutions<br>63 East 11400, Suite 408<br>Sandy, UT 84070 | Unsecured | $1,173.18 |

|    | **Creditor**                                                                                              | **Type**  | **Amount** |
|----|-----------------------------------------------------------------------------------------------------------|-----------|------------|
| 7. | Milestone Credit Card<br>c/o Midland Credit Management<br>320 E. Big Beaver Rd, Suite 300<br>Troy, MI 48083 | Unsecured | $900.40    |
| 8. | Amazon Prime Card<br>PO Box 71783<br>Philadelphia, PA 19176                                               | Unsecured | $770.91    |
| 9. | Bob's Furniture Store Card<br>c/o AA Recovery<br>2351 North Forrest Road Suite 110<br>Getzville, NY 14068 | Unsecured | $1,325.33  |

Date: February 2, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com