Credit Acceptance
25505 West 12 Mile Road
Southfield, MI 48034

Aspire Credit Card
c/o Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302

Mission Lane Credit Card
P.O. Box 105286
Atlanta, GA 30348

Credit One Bank
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Ollo Mastercard
c/o Midland Credit Management
320 E. Big Beaver Rd, Suite 300
Troy, MI 48083

Reflex Credit Card
c/o Credit Corp Solutions
63 East 11400, Suite 408
Sandy, UT 84070

Milestone Credit Card
c/o Midland Credit Management
320 E. Big Beaver Rd, Suite 300
Troy, MI 48083

Amazon Prime Card
PO Box 71783
Philadelphia, PA 19176

Bob's Furniture Store Card
c/o AA Recovery
2351 North Forrest Road Suite 110
Getzville, NY 14068