# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Etangalia Sherrie Canty,<br><br>    Debtor. | Case No. 19-10196-mdc<br><br>Chapter 7 |

**Debtor's Motion to Extend Time to Complete Financial Management Course**

**AND NOW**, Debtor Etangalia Sherrie Canty, by and through her attorney, moves this Court for an extension of time to complete a financial management course. In support of this motion, the Debtor states as follows:

1. The Debtor needs additional time to complete a Financial Management Course and requests an extension until March 31, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: February 16, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com