**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Etangalia Sherrie Canty,<br><br>Debtor. | Case No. 19-10196-mdc<br><br>Chapter 7 |

**Order Granting Debtor's Motion to Extend Time to Complete Financial Management Course**

    **AND NOW**, upon consideration of the Debtor's Motion to Extend Time to Complete Financial Management Course, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor shall file a statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement on or before **March 31, 2024**.

3. If the Debtor fails to do so, this case may be closed, without further notice or hearing, and without the Debtor receiving her chapter 7 discharge.


Date:                                                _____
                                                        Magdeline D. Coleman
                                                        Chief U.S. Bankruptcy Judge