# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10196-mdc |
| Etangalia Sherrie Canty, | Chapter 7 |
| Debtor. | |

### Certificate of Service

 I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to Complete Financial Management Course to be served on the U.S. Trustee and the interim chapter 7 trustee through the CM/ECF system along with all attachments.

Date: February 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com