Certificate Number: 16339-PAE-DE-038322827

Bankruptcy Case Number: 19-10196



16339-PAE-DE-038322827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2024, at 4:15 o'clock PM EDT, Etangalia Canty completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 27, 2024

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor