United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10196-amc
Etangalia Sherrie Canty  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 10, 2024     Form ID: 318     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Etangalia Sherrie Canty, 231 East Sharpnack Street, Philadelphia, PA 19119-2262 |
| 14267476 | | Abington Emergency Physician, 56 W Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14267478 | + | Abington Health Physicians, Professional Services, 1200 Old York Road, Abington, PA 19001-3720 |
| 14267474 | | Abington Memorial Hospital, 30 Washington Avenue, Suite C6, Haddonfield, NJ 08033-3341 |
| 14851787 | + | Bobs Furniture Store Card, c/o AA Recovery, 2351 North Forrest Road Suite 110, Getzville, NY 14068-9902 |
| 14267475 | + | Lemar Fletcher, 633 W. Rittenhouse Street, Apt 925 B, Philadelphia PA 19144-4391 |
| 14267477 | + | Office of the Deputy Director, of Finance for Adjudication, City of Philadelphia, PO Box 41818, Philadelphia PA 19101-1818 |
| 14267479 | | Radiology Group Abington, PO Box 6750, Portsmouth, NH 03802-6750 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 11 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 11 2024 04:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14851786 | + | EDI: SYNC | Apr 11 2024 04:20:00 | Amazon Prime Card, PO Box 71783, Philadelphia, PA 19176-1783 |
| 14256967 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:27:22 | Amer Fst Fin, 7330 W. 33rd Street, Wichita, KS 67205-9369 |
| 14285577 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:27:22 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14851779 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 11 2024 00:22:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 14256968 | + | EDI: CAPITALONE.COM | Apr 11 2024 04:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14265421 | + | EDI: AIS.COM | Apr 11 2024 04:20:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14267480 | + | Email/Text: ebn@carepayment.com | Apr 11 2024 00:23:00 | Carepayment, PO Box 2398, Omaha NE 68103-2398 |
| 14256969 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 11 2024 00:22:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14256970 | + | EDI: CCS.COM | Apr 11 2024 04:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |

Case 19-10196-amc   Doc 119   Filed 04/12/24   Entered 04/13/24 00:31:39   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Sent Time | Name and Address |
|---|---|---|---|---|
| 14851782 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:27:22 | Credit One Bank, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14256971 | + | EDI: MAXMSAIDV | Apr 11 2024 04:20:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14256972 | + | Email/Text: bknotice@ercbpo.com | Apr 11 2024 00:23:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14279459 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2024 00:22:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14267481 | | Email/Text: rj@ffcc.com | Apr 11 2024 00:22:00 | First Federal Credit Control, Inc, 24700 Chagrin Blvd, Suite 205, Cleveland OH 44122 |
| 14256974 | + | EDI: AMINFOFP.COM | Apr 11 2024 04:20:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14276714 | | EDI: IRS.COM | Apr 11 2024 04:20:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 600 ARCH STREET, ROOM 5200, PHILADELPA PA., 19106 |
| 14851780 | | EDI: JEFFERSONCAP.COM | Apr 11 2024 04:20:00 | Aspire Credit Card, c/o Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302 |
| 14851781 | | Email/Text: ml-ebn@missionlane.com | Apr 11 2024 00:22:00 | Mission Lane Credit Card, P.O. Box 105286, Atlanta, GA 30348 |
| 14256975 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:23:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14851785 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:23:00 | Milestone Credit Card, c/o Midland Credit Management, 320 E. Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 14310351 | | EDI: MAXMSAIDV | Apr 11 2024 04:20:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14851783 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:23:00 | Ollo Mastercard, c/o Midland Credit Management, 320 E. Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 14272118 | ^ | MEBN | Apr 11 2024 00:18:34 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14256976 | + | Email/Text: bankruptcy@philapark.org | Apr 11 2024 00:23:00 | Philadelphia Parking Authority, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14264042 | + | EDI: JEFFERSONCAP.COM | Apr 11 2024 04:20:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14851784 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 11 2024 00:22:00 | Reflex Credit Card, c/o Credit Corp Solutions, 63 East 11400, Suite 408, Sandy, UT 84070-6705 |
| 14256977 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2024 00:22:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14256973 | *+ | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14256978 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14256979 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14256980 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 10, 2024 | Form ID: 318 | Total Noticed: 37 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Etangalia Sherrie Canty help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Etangalia Sherrie Canty<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1455<br>EIN    __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __-_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 19-10196-amc | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Etangalia Sherrie Canty

4/10/24

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**